United States District Court
Southern District of Texas
FILED

FEB 16 2016

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | Criminal No. M-16-0209 |
| | § | |
| JULIO CESAR TRUJILLO | § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about January 25, 2016, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JULIO CESAR TRUJILLO**

being a public official, that is, a United States Customs and Border Protection officer with the United States Department of Homeland Security, directly and indirectly did corruptly demand, seek, receive, accept, and agree to receive and accept something of value personally, that is, $3,600.00 in United States currency, in return for being influenced in the performance of an official act and being induced to do an act and omit to do an act in violation of his official duty; that is to extend the visa of an individual.

In violation of Title 18, United States Code, Sections 201(b)(2)(A) and (C).

A TRUE BILL

_____
FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY